# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800048

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSE M. MEDELLIN
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
Convening Authority: Commanding General, Marine Corps
Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd
Enge, USMC.
For Appellant: Lieutenant Commander Jeremy Wall, JAGC, USN;
Lieutenant R. Andrew Austria, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 30 July 2018

_____

Before HUTCHISON, SAYEGH, and FOIL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court

Judge Sayegh participated in the decision of this case prior to detaching from the court.